IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH F. DAVIS                                                                       PLAINTIFF
ADC #127248

VS.                                    5:18-cv-00001 BRW-PSH

JARRED SHERRILL, *et al.*                                                          DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Plaintiff's motion for injunctive relief (Doc. No. 44) is DENIED.

IT IS SO ORDERED this 22nd day of March, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE