IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH F. DAVIS　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #127248

VS.　　　　　　　　　　5:18-cv-00001 BRW-PSH

JARRED SHERRILL, *et al.*　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **ORDER**

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Plaintiff's motion for injunctive relief (Doc. No. 53) is DENIED.

IT IS SO ORDERED this 11th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson _____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDE