IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH F. DAVIS                                                                            PLAINTIFF
ADC #127248

VS.                                  5:18-cv-00001 BRW-PSH

JARRED SHERRILL, *et al.*                                                              DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Plaintiff's claims against Barnes are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 6th day of December, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE