IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH F. DAVIS                                                                         PLAINTIFF
ADC #127248

v.                                    5:18-cv-00001 BRW-PSH

JARRED SHERRILL, *et al.*                                                           DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition (Doc. No. 109) submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Plaintiff's motion for injunctive relief (Doc. No. 102) is DENIED.

IT IS SO ORDERED this 13th day of May, 2019.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE