# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KENNETH F. DAVIS                                                                                      PLAINTIFF
ADC #127248

v.                              No: 5:18-cv-00001 BRW-PSH

JARRED SHERRILL, *et al.*                                                                         DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's motion for summary judgment is denied. Defendants are entitled to sovereign immunity on Davis' official capacity claims. The Defendants are also entitled to qualified immunity as to Davis' individual capacity claims because Davis fails to establish a constitutional violation. Defendants' motion for summary judgment (Doc. No. 125) is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of October, 2019.

                                                                                           Billy Roy Wilson
                                                                                           UNITED STATES DISTRICT JUDGE