**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KENNETH F. DAVIS**                                                                                    **PLAINTIFF**
**ADC #127248**

**v.**                                          **5:18-cv-00001 BRW-PSH**

**JARRED SHERRILL,** *et al.*                                               **DEFENDANTS**

<u>**JUDGMENT**</u>

Based on the order filed today, judgment is entered dismissing this case with prejudice.

IT IS SO ORDERED this 9th day of October, 2019.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE